01

02

03

04

05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08   UNITED STATES OF AMERICA,      )
                                   )   CASE NO. MJ 17-372

09        Plaintiff,                )
                                   )

10        v.                     )
                                   )   DETENTION ORDER

11   FABEL CORTES-JEROMINO,        )
                                   )

12        Defendant.             )
  —————————————————————  )

13

14   <u>Offense charged</u>:     Illegal Reentry after Deportation

15   <u>Date of Detention Hearing</u>:    September 5, 2017.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which defendant can meet will reasonably assure

19   the appearance of defendant as required and the safety of other persons and the community.

20       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21      1.      Defendant is reportedly a citizen of Mexico.

22      2.      The United States alleges that his presence in this country is illegal. There is

01 an immigration detainer pending against him.

02        3.       Defendant and his counsel offer no opposition to entry of an order of detention.

03        4.       Upon advice of counsel, defendant declined to be interviewed by Pretrial
04 Services.   Therefore, there is limited information available about him.

05        5.       Defendant poses a risk of nonappearance due to lack of verified background
06 information, immigration detainer, a pending criminal matter and an outstanding warrant.
07 Defendant poses a risk of danger due to criminal history.  There does not appear to be any
08 condition or combination of conditions that will reasonably assure the defendant's appearance
09 at future Court hearings while addressing the danger to other persons or the community.
10 It is therefore ORDERED:

11   1. Defendant shall be detained pending trial and committed to the custody of the Attorney
12      General for confinement in a correction facility separate, to the extent practicable, from
13      persons awaiting or serving sentences or being held in custody pending appeal;

14   2. Defendant shall be afforded reasonable opportunity for private consultation with
15      counsel;

16   3. On order of the United States or on request of an attorney for the Government, the person
17      in charge of the corrections facility in which defendant is confined shall deliver the
18      defendant to a United States Marshal for the purpose of an appearance in connection
19      with a court proceeding; and

20 / / /

21 / / /

22 / / /

DETENTION ORDER
PAGE -2

01  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02     for the defendant, to the United States Marshal, and to the United State Pretrial Services

03     Officer.

04     DATED this 5th day of September, 2017.

05

06                                                    Mary Alice Theiler
07                                                    United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3